UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

In re:                                                                   Chapter 13

EDITH ASTUDILLO,                                                         Case No. 19-40173-ess

                            Debtor.

-------------------------------------------------------------------------x

### ORDER SCHEDULING A HEARING
### ON THE LOSS MITIGATION REQUEST

WHEREAS, on January 10, 2019, Edith Astudillo filed a petition for relief under Chapter

13 of the Bankruptcy Code; and

WHEREAS, on January 10, 2019, the Debtor filed a request to enter into the Court's

Loss Mitigation Program (the "Loss Mitigation Request") with HSBC Bank USA (the

"Creditor"), with respect to the property located at 87-25 Kingston Place, Jamaica, NY 11432,

with respect to the loan ending in 0955; and

WHEREAS, the Debtor did not file proof of service in connection with the Loss

Mitigation Request.

NOW THEREFORE, it is hereby

ORDERED, that the Debtor is directed to serve, by first-class mail and e-mail upon (a)

the Office of the United States Trustee; (b) the Chapter 13 trustee; (c) the Creditor; (d) all other

creditors scheduled by the Debtor; and (e) all parties that have filed proofs of claim in the

Chapter 13 case; and (f) all parties who have requested to receive notice, to be received by

February 13, 2019; and it is further

ORDERED, that the Debtor is directed to file proof of service with the Court by February

15, 2019; and it is further

ORDERED, that any opposition to the Loss Mitigation Request shall be in writing, and shall be served and filed to be received by February 27, 2019; and it is further

ORDERED, that the Court will hold a hearing on the Loss Mitigation Request and any opposition thereto on March 19, 2019, at 2:30 p.m., before the Honorable Elizabeth S. Stong, United States Bankruptcy Court, 271-C Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201; and it is further

ORDERED, that if no opposition to the Loss Mitigation Request is filed, the March 19, 2019 hearing may be marked off the Court's calendar, and an Order directing the Debtor and the Creditor to enter in the Court's Loss Mitigation Program may be entered without further notice or opportunity to be heard.



**Dated: Brooklyn, New York**
**February 6, 2019**

_Elizabeth S. Stong_
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

2

TO:

Edith Astudillo
87-25 Kingston Place
Jamaica, NY 11432

Marianne DeRosa
Standing Chapter 13 Trustee
125 Jericho Tpke
Suite 105
Jericho, NY 11753

Mark K. Broyles, Esq.
(MB-5007)
28 East Main Street, Suite 1800
Rochester, NY 14614

HSBC Bank UST, N.A.
452 Fifth Avenue
New York, NY 10018