# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: adobson | Date Created: 2/7/2019 |
| Case: 1−19−40173−ess | Form ID: pdf000 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust        Office of the United States Trustee        USTPRegion02.BR.ECF@usdoj.gov
aty        Mark K Broyles        broylesmk@rgcattys.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db            Edith Astudillo        87−25 Kingston Place        Jamaica, NY 11432
9434523    HSBC BANK USA, NA.,        452 FIFTH AVENUE        NEW YORK, NY 10018

TOTAL: 2