UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Edith Astudillo<br>Debtor<br><br>Address: 87-25 Kingston Place Jamaica, NY 11432<br><br>Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s).,(if any): 7006<br><br>Employer Tax-Identification (EIN) No(s).(if any): | Case Number 19-40173<br><br>Chapter 13 |

OBJECTION TO CONFIRMATION OF PLAN

Rushmore Loan Management Services, LLC, a secured creditor (hereinafter "Secured Creditor") of the debtor(s) in this case, objects to the confirmation of the chapter 13 plan proposed by the Debtor(s) and filed on January 24, 2019 and as grounds therefore would show the court that the plan does not provide for the Secured Creditor to receive the value of its claim in violation of 11 U.S.C. § 1325(a)(5)(B)(ii).

WHEREFORE, Secured Creditor prays that the court sustain its objection and deny confirmation of the debtors plan and for such other relief as is just and equitable.

Dated: April 2, 2019
Rockville Centre, New York

 /S/ Ted E. May 
By: Ted Eric May, Esq.
Sheldon May & Associates, P.C.
Attorney for Secured Creditor
255 Merrick Road
Rockville Centre, New York 11570
(516) 763 - 3200

UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Edith Astudillo<br>         Debtor<br><br>Address: 87-25 Kingston Place Jamaica, NY 11432<br><br>Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s).,(if any): 7006<br><br>Employer Tax-Identification (EIN) No(s).(if any): | Case Number 19-40173<br><br>Chapter  13 |

Affidavit of Service of the Notice of Appearance and Request for Service of Papers

State of New York, County of Nassau ) ss.:

I, the undersigned, being duly sworn, deposes and says:

(1) I am not a party to this action; (2) I am employed by Sheldon May & Associates, P.C. in the County of Nassau, State of New York; and (3)  I am over the age of 18 and not a party to the within action.

On April 2, 2019, I served the Objection to Confirmation of the Plan, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

| Debtor | Edith Astudillo 87-25 Kingston Place Jamaica, NY 11432 |
|---|---|
| Debtor's Attorney | PRO SE |
| Trustee | Marianne DeRosa 100 Jericho Quadrangle Suite 127 Jericho, NY 11753 |

/S/ Kara Silva

Sworn to before me this
2nd day of April, 2019
/S/ Jessica S Snyder
Notary Public, State of New York
No. 01SN5085564
Qualified in Nassau County
My Commission Expires Sept 29, 2019

CASE NUMBER: 19-40173

United States Bankruptcy Court
Eastern District of New York

In Re:
    Debtor: Edith Astudillo                      Social Security Number: XXX-XX--7006
    Debtor:                                       Social Security Number: XXX-XX--

Chapter: 13

Employer's Tax Identification Number (if any):

Objection to Confirmation

Sheldon May & Associates, P.C.
Attorneys for Secured Creditor
Office and Post Office Address
255 Merrick Road
Rockville Centre, New York 11570
Telephone Number
(516) 763 - 3200