

\# \# \# \# \# \# \#

\#                              \#

October 11, 2019

Hon. Elizabeth S. Stong
U.S. Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

|          |                  |
|----------|------------------|
| Re:      | Edith Astudillo  |
| Case#:   | 19-40173         |
| File:    | 35025            |

Dear Honorable Elizabeth S. Stong:

Our office represents, Rushmore Loan Management Services, LLC, in the above referenced matter.  Please allow this letter to serve as a status update on the pending Loss Mitigation.   As of today, our office has not received a financial package for review.

In order for Rushmore Loan Management Services, LLC to review for any loss mitigation options they require the following:

1. A brief letter outlining the events that led to your current hardship, any proof documenting it, and your intentions toward the property.
2. Pay stubs for each borrower for the last month.
3. Copies of your most recent bank statements for each bank account for the last month.
4. The most recent year's tax return, all schedules and W2's.
5. Most recent statement for any 401K, IRA, mutual funds etc.
6. Interior BPO will be required – please provide a point of contact to schedule
7. Completed Financial package attached.

Thank you.

Very Truly Yours,
/S/Ted Eric May, Esq.
Ted Eric May, Esq.

TEM;ks

Corporate Headquarters: 255 Merrick Road, Rockville Centre, New York 11570
Phone: 516.763.3200 | Fax: 516.763.3243
www.MayLawFirm.Com
E-Mail: Ted.May@MayLawFirm.Com
Direct Fax: 516.394.4267