

Attorneys at Law

32-72 Steinway Street, Suite 402
Astoria, New York 11103

Frank A. Ortiz  (1931-2016)
Norma E. Ortiz*
    ****
Kay Uswatte, Of Counsel*
 * (Admitted in New York and New Jersey)

Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com

October 14, 2019

Hon. Elizabeth S. Stong
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**  **Edith Astudillo, Chapter 13 Case**
        **Case No. 19-40173-ess**
        **Status Report**

Dear Judge Stong:

  We have received all but one of the documents needed to submit a complete application to the loan servicer for a loan modification. The Debtor is aware that she must provide us with this document as soon as possible.

  However, I have learned that the Debtor's ex-husband has submitted his own application for a modification. I am attempting to determine how this may impact the Debtor, or if the ex-husband is willing to assist the Debtor by joining in her request.

  I respectfully request an adjournment to the next available date.

  Thank you for your consideration.

            Very truly yours,

            */s/Norma E. Ortiz*