| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------X<br>IN RE:<br><br>EDITH ASTUDILLO,<br><br>                                     Debtor.<br>-----------------------------------------------------------X | tmd3574/nk<br>OCTOBER 19, 2020<br>9:00AM<br><br>Chapter 13<br>Case No: 119-40173-ESS |

**NOTICE OF SETTLEMENT OF**
**PROPOSED ORDER DISMISSING CASE**

SIRS/MESDAMES:

PLEASE TAKE NOTICE, that an Order of which the within is a true copy will be presented for settlement to the Honorable Elizabeth S. Stong, U.S. Bankruptcy Judge, at the United States Bankruptcy Court at 271 Cadman Plaza East, Brooklyn, New York on October 19, 2020, at 9:00AM.

PLEASE TAKE FURTHER NOTICE, that counter-orders must be presented and served upon the undersigned no later than three (3) days prior to the settle date set forth above, and if no counter-order is presented and served, the attached Order may be signed.

Date:   Jericho, New York
         October 9, 2020

                                                                s/*Marianne DeRosa*
                                                                 MARIANNE DEROSA, CH 13 TRUSTEE
                                                                  100 JERICHO QUADRANGLE, STE 127
                                                                  JERICHO, NY 11753
                                                                  (516) 622-1340

tmd3574/nk
THIS ORDER RELATES TO A
HEARING HELD ON
OCTOBER 5, 2020

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X    Chapter 13
IN RE:                                                        Case No. 119-40173-ESS

EDITH ASTUDILLO,
                                      Debtor.                                            ORDER DISMISSING CASE
---------------------------------------------------------X

       UPON the written application of Marianne DeRosa, Chapter 13 Trustee, (the "Trustee") seeking entry of an Order dismissing the instant Chapter 13 case pursuant to 11 U.S.C. §1307(c) and due notice of the aforesaid application having been given to all necessary parties; and

       WHEREAS, on October 5, 2020, the Trustee appeared in support thereof and no one appeared on behalf of the Debtor; and

       WHEREAS, Debtor's Counsel filed a letter at docket number 57 indicating there were no grounds in law or fact to oppose dismissal; and

       WHEREAS, based upon the findings of fact and conclusions of law as stated on the record, cause exists to dismiss this case pursuant to 11 U.S.C. §1307(c); it is accordingly

       ORDERED, that the instant Chapter 13 case be dismissed pursuant to 11 U.S.C. §1307(c) of the Bankruptcy Code.

Dated: Brooklyn, NY
                , 2020

                                                                         _____
                                                                         Hon. Elizabeth S. Stong
                                                                           United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    Chapter 13 Case No: 119-40173-ESS
IN RE

EDITH ASTUDILLO,

                                                                   CERTIFICATE OF SERVICE

                        Debtor.
-----------------------------------------------------------X

        I, Nathan Z. Kaufman, declare under penalty of perjury that I have sent the attached document to the below listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Notice by first class mail was sent to the following persons/entities:

EDITH ASTUDILLO
87-25 KINGSTON PLACE
JAMAICA, NY 11432

Notice by electronic transmission generated by the ECF system to the following persons/entities pursuant to Bankruptcy Rule 9036:

NORMA E. ORTIZ, ESQ., email@ortizandortiz.com
Rushmore Loan Management Services c/o Fein, Such & Crane, LLP, broylesmk@rgcattys.com

Transmission times for electronic delivery are Eastern Time zone.

This October 9, 2020

s/ *Nathan Z. Kaufman*
Nathan Z. Kaufman, Staff Attorney
Office of the Standing Chapter 13 Trustee
Marianne DeRosa, Esq.
100 Jericho Quadrangle; Suite 127
Jericho, NY 11753
(516) 622-1340

Index No: 119-40173-ESS
UNITED STATES BANKRUPTCY COURT:
EASTERN DISTRICT OF NEW YORK
IN RE

EDITH ASTUDILLO,

Debtor.

**NOTICE OF SETTLEMENT, ORDER DISMISSING CASE**
**and**
**CERTIFICATE OF SERVICE**

**MARIANNE DeROSA, TRUSTEE**
**100 JERICHO QUADRANGLE, STE 127**
**JERICHO, NY 11753**
**(516) 622-1340**